MORRIS SUGARMAN, PLAINTIFF-APPELLANT, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, DEFENDANT-RESPONDENT.

Argued October 9, 1950—Decided October 16, 1950.

*Mr. Paul Rittenberg* argued the cause for the appellant.

*Mr. James J. Langan* argued the cause for the respondent (*Messrs. Markley & Broadhurst,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Grimshaw in the Superior Court, Chancery Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.